Opinion issued August 2, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00378-CV






GILDA BASPED, Appellant


V.


HCA PHYSICIAN SERVICES, INC., Appellee






On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2005-70307






MEMORANDUM OPINION The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Radack, Keyes, and Higley.